## ROBERT W. SPEED, JR. *v.* EILEEN Q. SPEED
## (13390)

O'Connell, Landau and Heiman, Js.

Argued October 25—decision released November 21, 1995

*William J. Nulsen*, for the appellant (plaintiff).

*Haldan E. Connor, Jr.*, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

## LOYOLA ACADEMY *v.* KELLY ENERGY
## SYSTEMS, INC.
## (14024)

Landau, Schaller and Hennessy, Js.

Argued October 27—decision released November 21, 1995

*Colin D. Johnson*, for the appellant (defendant).

*William L. Stevens*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.